In the Matter of Isaac H., an Infant. Erie County Department of Social Services, Respondent; Brenda H. et al., Appellants. [756 NYS2d 816] —Appeal from an order of Family Court, Erie County (Rosa, J.), entered November 15, 2001, which adjudged that Isaac H. is a neglected child and placed the child in the custody of petitioner for a period of 12 months.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Erie County, Rosa, J. Present—Wisner, J.P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.

 In the Matter of Dean D., Appellant. Steuben County Attorney, Respondent. (Appeal No. 1.) [756 NYS2d 817] —Appeal from an order of Family Court, Steuben County (Furfure, J.), entered February 25, 2002, which, inter alia, revoked respondent's order of probation.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Shannon R.,* 278 AD2d 939 [2000]). Present—Wisner, J.P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.

 In the Matter of Dean D., Appellant. Steuben County Attorney, Respondent. (Appeal No. 2.) [756 NYS2d 817] —Appeal from an order of Family Court, Steuben County (Furfure, J.), entered February 25, 2002, which, inter alia, adjudicated respondent a juvenile delinquent.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Alex N.,* 255 AD2d 626, 627 [1998]). Present—Wisner, J.P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.